# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lawrence Crawford,

       Petitioner,	JUDGMENT IN A CIVIL CASE

vs.	3:08cv477

State of New Jersey et al,

       Respondent.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/31/2008 Order.

Signed: November 3, 2008

Frank G. Johns, Clerk
United States District Court