IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV477-1-MU

LAWRENCE L. CRAWFORD, et al., )
)
    Petitioners, )
)
v. ) **O R D E R**
)
STATE OF NEW JERSEY, )
)
    Respondent. )
)

**THIS MATTER** comes before the Court upon Petitioners' Motion for Judicial Notice (Doc. No. 5), filed December 15, 2008.

On October 21, 2008, Petitioners filed a federal habeas petition with this Court. After conducting an initial review, this Court dismissed Petitioners case without prejudice for failing to pay the filing fee or to file an in forma pauperis application. Petitioners have now filed a document informing this Court, and other courts, that they have filed various documents in another federal court. Such a motion is nonsensical and requires no action by this Court.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioners' Motion for Judicial Notice is **DISMISSED** as frivolous.

Signed: February 3, 2009

Graham C. Mullen
United States District Judge